Case 4:15-cv-02210   Document 27   Filed in TXSD on 12/30/15   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
December 31, 2015
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHEIKH M. RAFIQ, | § | |
| Plaintiff, | § § § | |
| v. | § | CIVIL ACTION NO. H-15-2210 |
| MANUEL LOPEZ, et al., | § § § | |
| Defendants. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation and the objections thereto,[1] the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is, therefore, **ORDERED** that the Memorandum and Recommendation is hereby **ADOPTED** by this court.

Accordingly, the court **REMANDS** Defendant Nueva Vida Apartment's state action for forcible entry and detainer against Plaintiff Sheikh M. Rafiq to the Harris County Civil Court at Law Number Three.

**SIGNED** at Houston, Texas, this **30th** day of December, 2015.

SIM LAKE
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff entitled his objections "Plaintiff's Notice of Appeal." See Docket Entry No. 26. Consistent with Plaintiff's stated intent, the court reviewed Plaintiff's arguments as objections.